**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICKY LOWE, et al. | : | |
|     Plaintiffs, | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 18-223 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
|     Defendants. | : | |

**ORDER**

This 19th day of November, 2018, for the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss is **GRANTED** and Plaintiffs' Amended Complaint is **DISMISSED**. Plaintiffs' counsel is **ORDERED** to serve both Plaintiffs with copies of the Court's full memorandum. Plaintiffs' counsel is further **ORDERED** to certify to the Court in writing by December 17, 2018 that such service was in fact made.

                                                                         /s/ Gerald Austin McHugh
                                                            United States District Judge